# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUNSHINE CONSULTING GROUP, LLC, ET AL., ) <br> ) <br> Defendants. ) | Civil No. 3:16-cv-02921 <br> Judge Trauger |

**O R D E R**

On May 4, 2017, the Magistrate Judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiff's Motion to Dismiss Sunshine Consulting Group, LLC without prejudice (Docket No. 47) is GRANTED, but his Motion to Dismiss Sunshine Consultation Services, LLC is DENIED.

2. The Motions to Dismiss filed by defendants Sunshine Consultation Services, LLC (Docket No. 46) and Kearns Enterprises, LLC and Itasca Holdings, LLC (Docket No. 41) are GRANTED.

3. The plaintiff's claims against defendants Lance Palmer and Lisa Palmer[1] are DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

---

[1] Although the magistrate judge recommends dismissing a defendant denominated "Clear Sky Financial, LLC" pursuant to Rule 4(m) as well, this court cannot find this entity listed as a defendant in either the original Complaint (Docket No. 1) or the Amended Complaint (Docket No. 39).

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 23rd day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge