# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02921 |
| ) | Judge Trauger |
| SUNSHINE CONSULTING GROUP, LLC, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On July 20, 2018, the magistrate judge issued a Report and Recommendation (DE #58), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Donna Cologna and Cologna Building and Ground Services, LLC (Docket No. 53) is hereby GRANTED, and all claims against defendants Clear Sky Financial, LLC and "John/Jane Does 1-10" are dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedures.

These rulings dispose of all claims in this case. This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 7th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge